JODI LINKER Bar No. 230273
Federal Public Defender
Northern District of California
TAYLOR FATHERREE, Bar No. 358709
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:        Taylor_Fatherree@fd.org


Counsel for Reshon TOLLIVER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | **Case No.:** CR 26-70717 TSH |
|---|---|
| Plaintiff, | **ORDER FOR RELEASE FROM CUSTODY** |
| v. | |
| RESHON TOLLIVER, | |
| Defendant. | |

///

///

///

///

///

///

///

///

RELEASE ORDER
*TOLLIVER,* CR-26-70717 TSH

## ORDER FOR RELEASE FROM CUSTODY

Reshon Tolliver shall be released from the custody of the United States Marshal Service FORTHWITH. He shall comply with all previously imposed conditions of his supervised release and appear at his next court date in the Eastern District of California.

IT IS SO ORDERED.

May 22, 2026

_____
Dated

T.M. Hix
_____
HON. THOMAS S. HIXSON
United States Magistrate Judge

RELEASE ORDER
*TOLLIVER,* CR-26-70717 TSH